ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Desbuild Incorporated | ) | ASBCA Nos. 64125, 64127, 64128 |
| | ) | |
| Under Contract No. N69450-16-D-1111 | ) | |

APPEARANCES FOR THE APPELLANT:    Douglas L. Patin, Esq.
Sabah K. Petrov, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Allison M. McDade, Esq.
  Navy Chief Trial Attorney
J. Alexandra Fitzmaurice, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  May 28, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64125, 64127, 64128, Appeals of Desbuild Incorporated, rendered in conformance with the Board's Charter.

Dated: May 28, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals